*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    November 10, 2016                    522533
_____

In the Matter of the Claim of
   BENJAMIN A. STATHATOS,
                 Appellant.
                                   MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                 Respondent.
_____

Calendar Date:    September 20, 2016

Before:    Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ.

_____

     Benjamin A. Stathatos, Astoria, appellant pro se.

     Eric T. Schneiderman, Attorney General, New York City (Mary Hughes of counsel), for Commissioner of Labor, respondent.

_____

     Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 13, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

     Decision affirmed.  No opinion.

     Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court